SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
MIGUEL HERNANDEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MIGUEL HERNANDEZ,

      Plaintiff,

  vs.

MICHELLE R. CONE D/B/A MIKE & NICKS TIRE & SERVICE; MAXLOVE LLC; and DOES 1 to 10,

      Defendants.

**Case No.: 2:25-cv-00362-JAK (RAOx)**

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MICHELLE R. CONE D/B/A MIKE & NICKS TIRE & SERVICE**

**PLEASE TAKE NOTICE** that Plaintiff MIGUEL HERNANDEZ ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant MICHELLE R. CONE D/B/A MIKE & NICKS TIRE & SERVICE ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

    (a) **Voluntary Dismissal.**

        (1)    *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**

(i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.

DATED:  October 15, 2025          SO. CAL. EQUAL ACCESS GROUP


By:  _____/s/   Jason J. Kim_____

Jason J. Kim
Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**