# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MIGUEL HERNANDEZ,

        Plaintiff,

v.

MICHELLE R. CONE, et al.,

        Defendants.

No. 2:25-cv-00362-JAK (RAOx)

**ORDER RE REQUEST TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE (DKT. 36)**

**JS-6: CASE TERMINATED**

1

Based on a review of the Request for Dismissal of Entire Action Without Prejudice (the "Request" (Dkt. 36)), sufficient good cause has been shown for the requested relief. Therefore, the Request is **GRANTED** as follows:

The entire action is dismissed without prejudice. All pending dates and deadlines are vacated. The case shall be closed by the Clerk.

**IT IS SO ORDERED.**

Dated:  October 21, 2025

_____

John A. Kronstadt

United States District Judge

2